PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING EMAIL ADDRESSES THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE:<br><br>AMANDAHENSLEY513@GMAIL.COM;<br>GRRAAWWR76@GMAIL.COM;<br>HOLLY.GRRAAWWR760@GMAIL.COM;<br>DESERTCOYOTE89@GMAIL.COM | CASE NO. 2:22-SW-00283-CKD<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

DATED: February 3, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT